# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
May 16, 2013
Grant E. Price , Clerk
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLA.

In Re:

**Traci Leigh Freeman**

DEBTOR(s).

Case Number: **13–11068**

To:

**Traci Leigh Freeman**

**3200 Longridge Rd**
**Del City, OK 73115**

**Tearsa Storms Olson**

**Storms Law Office**
**2400 NW 23rd St., Ste. 102**
**Oklahoma City, OK 73107**

## CLERK'S NOTICE OF DEFICIENCY
## FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

   A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. § § 111, 727, 1328 and 1141. The Court is prohibited from discharging a case until the certificate is filed.

   The docket indicates that the case referenced above is ready for discharge.  A certificate of completion of an instruction course concerning financial management has not been filed.

   A discharge cannot be issued in this case until a certificate of completion has been filed.  If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge.

DATED:  **5/16/13**

U.S. Post Office / Federal Building
215 Dean A. McGee Avenue
Oklahoma City, OK. 73102
Telephone Number: (405) 609–5700
Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday

FOR THE COURT:
**Grant E. Price**
**Clerk of the Bankruptcy Court**